**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James A. BUTLER, Defendant–Appellant.**

No. 00–7672.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

James A. Butler, pro se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James A. Butler appeals the district court's disposition of several motions he submitted pertaining to his pending 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We deny a certificate of appealability and dis-

miss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*